IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FRED RUSH, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 3:21-cv-518-RAH |
| | ) [WO] |
| B.T. ROBERTS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On July 24, 2023, the Court held a telephone status hearing with all counsel. Pursuant to the discussions held during the teleconference, and for good cause, it is hereby ORDERED as follows:

(1) The Plaintiffs' *Motion for Leave to Amend the Complaint* (Doc. 102) is DENIED without prejudice as moot in light of the Plaintiffs' request during the July 24 Status Hearing.

(2) Defendants' *Motion for Summary Judgment* (Doc. 131), which is unopposed, is GRANTED based upon the reasoning set forth in the Court's May 19, 2023 Memorandum Opinion and Order (Doc. 129) granting in part and denying in part the Defendants' previous summary judgment motion (Doc. 92).

(3) Plaintiffs Haley Allen, Scott Allen, and Nicholas Rush are DISMISSED as plaintiffs from this action. The *Motion for Summary Judgment* (Doc. 101) as

applicable to Haley Allen, Scott Allen, and Nicholas Rush is DENIED as moot. The *Motion for Summary Judgment* (Doc. 101) however shall remain pending as filed by the remaining Plaintiffs in this action.

(4) This action shall proceed as to the claims of Plaintiffs Zoe Kulick, Laura Kulick, Alex Rush, Fred Rush, Michael Culjak, Caroline Culjak, and William Culjak.

(5) The Defendants' *Motion to Alter or Amend* this Court's April 25, 2023 Order (Doc. 107) is GRANTED to the extent it seeks to effectuate a proper substitution of Defendant Sarah Nobles. Sarah-Callin Moat, Student Services Coordinator, shall substitute for Sarah Nobles, Residency Coordinator, in her official capacity. (*See* Doc. 115 at 4; Doc. 115-1 at 3.) As such, Sarah Nobles is terminated as a party in this matter, and Sara-Callin Moat is hereby substituted as a defendant in her official capacity only.

DONE, on this the 24th day of July, 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE