# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| **Michael Culjak, et al.,** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:21-CV-00518-RAH |
| | ) | |
| **B.T. Roberts, et al.,** | ) | JOINT MOTION |
| | ) | |
| **Defendants.** | ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW, the Parties to the above-styled action and, pursuant to Fed. R. Civ. P. 41(a)(2), hereby jointly stipulate that this lawsuit and all claims asserted therein are to be dismissed with prejudice, with all costs taxed as paid.

Respectfully submitted,

*/s/ Augusta S. Dowd*
Augusta S. Dowd (ASB-5274-D58A)
Lisha L. Graham (ASB-5078-H69L)
Curtis H. Seal (ASB-8112-P19S)
Attorneys for Defendants

**OF COUNSEL**:
WHITE ARNOLD & DOWD P.C.
2001 Park Place North
Suite 1400
Birmingham, Alabama 35203
Phone: (205) 323-1888
Fax: (205) 323-8907

1

E-mail: adowd@whitearnolddowd.com
        lgraham@whitearnolddowd.com
        cseal@whitearnolddowd.com

<u>*/s/ Johnathan H. Waller (with permission)*</u>
Mark Tippins
Jonathan H. Waller
Attorneys for Plaintiffs

**<u>OF COUNSEL</u>:**
Blackstone Law Group
118 N. Ross St. #6
Auburn, Alabama 36830
(334) 821-3670

Waller Law Office, PC
3595 Grandview Parkway, Ste. 500
Birmingham, AL 35243
(205) 313-7330

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 13th day of May 2024, I electronically filed the foregoing with the ECF e-filing system which will send notification of such filing to all counsel of record.

Jonathan H. Waller
3595 Grandview Parkway, Ste. 500
Birmingham, AL 35243
(205) 313-7330

Mark Tippins
118 N. Ross St. #6
Auburn, Alabama 36830
(334) 821-3670

                                            */s/ Augusta S. Dowd*
                                            OF COUNSEL