IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL CULJAK, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:21-cv-518-RAH |
| B.T. ROBERTS, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

Pending before the Court is the Parties' *Joint Stipulation of Dismissal*, (doc. 178), filed pursuant to Fed. R. Civ. P. 41(a)(2) on May 13, 2024. For good cause, Plaintiff Michael Culjak's, Plaintiff William Culjak's, and Plaintiff Caroline Culjak's claims are **DISMISSED with prejudice** on the terms set out and agreed to by the parties.

**DONE** on this the 15th day of May, 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

1