IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL CULJAK, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:21-cv-518-RAH |
| B.T. ROBERTS, *et al.*, | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of this Court, (*see* docs. 82, 129, 138, 167), it is the **ORDER**, **JUDGMENT** and **DECREE** of the Court that final judgment is entered in favor of current Defendants B.T. Roberts, Clark Sahlie, James W. Rane, Bob Dumas, Jimmy Sanford, Gaines Lanier, Elizabeth Huntley, Sarah Newton, Michael A. Demaioribus, James Pratt, Raymond J. Harbert, Wayne T. Smith, Charles D. McCrary, Quentin Riggins, Timothy Vines, Kay Ivey, Dr. Jay Gogue, Bill Hargrave, Karen Battye, Susan Marsh, Zeke Smith, Caroline Aderholt, Vini Nathan, Chris Roberts, Sara-Callin Moat, and William P. Ainsworth and former Defendant Sarah Nobles, and against Plaintiffs Jeffrey Prosser, Brooke Prosser, Gorden Weidle, Brandon Weidle, Nicholas Pero, Nicholas Rush, Scott Allen, Haley Allen, Fred Rush, Alex Rush, Laura Kulick, and Zoe Kulick. The Parties shall bear their own costs. This case is **DISMISSED**.

The Clerk of the Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure, and is also **DIRECTED** to close this case.

**DONE** on this the 15th day of May, 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE